```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 10599
    GILBERT BARRERA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2520


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 08/28/2006 and was confirmed 11/27/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  57.70%.

    The case was dismissed after confirmation 09/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG         .00            .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE    23877.00            .00            .00
HSBC MORTGAGE              NOTICE ONLY     NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF    SECURED           474.00             .00          75.68
COOK COUNTY TREASURER      SECURED          2000.00             .00         444.48
GLENVIEW STATE BANK        SECURED VEHIC   20682.00          444.24        2719.70
GLENVIEW STATE BANK        UNSECURED         963.67             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         150.00             .00            .00
D SILVA CENTER FOR ORTHO   UNSECURED         2506.00            .00            .00
D SILVA CENTER FOR ORTHO   NOTICE ONLY     NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED         586.90             .00            .00
IMAGING READIOLOGISTS      UNSECURED       NOT FILED            .00            .00
IMAGING READOLOGISTS       NOTICE ONLY     NOT FILED            .00            .00
RESURRECTION HOSPITAL      UNSECURED       NOT FILED            .00            .00
ADELA SANTANA BARRERA      NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT OF CHILD S   NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED          30.00             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           92.49             .00            .00
GLEASON & MACMASTER        DEBTOR ATTY      2,500.00                        792.04
TOM VAUGHN                 TRUSTEE                                          274.86
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10599 GILBERT BARRERA
```

```
TRUSTEE                                        4,751.00

PRIORITY                                                            .00
SECURED                                                        3,239.86
    INTEREST                                                     444.24
UNSECURED                                                           .00
ADMINISTRATIVE                                                   792.04
TRUSTEE COMPENSATION                                             274.86
DEBTOR REFUND                                                       .00
                                         ----------------   ----------------
TOTALS                                         4,751.00         4,751.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
          CASE NO. 06 B 10599 GILBERT BARRERA